

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00417-CV

Richard Cecil **PETERSON** and Alma Peterson,
Appellants

v.

John Lawrence **JIMENEZ**, M.D. and Brian Phillip Perry, M.D.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08827
Honorable Renée Yanta, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED. It is ORDERED that appellees, John Lawrence Jimenez, M.D. and Brian Phillip Perry, M.D., recover their costs of this appeal from appellants, Richard Cecil Peterson and Alma Peterson.

SIGNED June 22, 2016.

_Marialyn Barnard_
Marialyn Barnard, Justice

---

[1] This appeal addresses two summary judgments granted in favor of the appellees. The first summary judgment was granted in favor of appellee John Lawrence Jimenez, M.D. by the Honorable David Canales. The second summary judgment was granted in favor of appellee Brian Phillip Perry, M.D. by the Honorable Renée Yanta.